STATE OF NEW JERSEY v. CRAIG URQUHART.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. LARRY JOHNSON.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY J. CHIARULLI.

September 6, 1989.

Petition for certification denied. (See 234 *N.J.Super.* 192).

STATE OF NEW JERSEY v. PATRICIA DAISEY.

September 6, 1989.

Petition for certification denied.